## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| JOHN HARMON, et al.,<br>     Plaintiff<br><br>     vs<br><br>HAMILTON COUNTY, et al.,<br>     Defendants | Case No. 1:10-cv-911<br>Weber, J.<br>Litkovitz, M.J.<br><br><br>**ORDER** |

This matter is before the Court following a telephone discovery conference held on June 20, 2012, before the undersigned magistrate judge.  At issue is whether to stay deposition discovery of the five individually named defendants in view of the ongoing criminal investigation by the United States. *See, generally, Chao v. Fleming*,  498 F. Supp.2d 1034, 1037 (W.D. Mich. 2007) (and cases cited therein).  Upon agreement of the parties and with the consent of the Court, the discovery depositions of the five individually named defendants shall be stayed for a period of 90 days.  All other discovery shall proceed.

The parties are hereby **DIRECTED** to submit a proposed revised scheduling order in this matter within **twenty (20) days**.

**IT IS SO ORDERED.**

Date: _6/20/12_

Karen L. Litkovitz
United States Magistrate Judge