# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

JOHN HARMON, et al.,
    Plaintiff

vs

HAMILTON COUNTY, et al.,
    Defendants

Case No. 1:10-cv-911
Weber, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court following a telephone status conference before the undersigned magistrate judge. Upon agreement of the parties and with the consent of the Court, all discovery in this matter shall be completed by November 1, 2012, except that the discovery depositions of the five individually named defendants shall be stayed.

**IT IS SO ORDERED.**

Date: 8/3/12

Karen L. Litkovitz
United States Magistrate Judge