# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

JOHN HARMON, et al.,
    Plaintiff

vs

HAMILTON COUNTY, et al.,
    Defendants

Case No. 1:10-cv-911
Weber, J.
Litkovitz, M.J.

**ORDER**

The Calendar Order previously set in this case on June 17, 2013 is hereby **VACATED**.

**IT IS SO ORDERED.**

Date: 6/18/13

Karen L. Litkovitz
United States Magistrate Judge